PROB 12B
(7/93)

Report Date: January 29, 2008

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 3 0 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Jacob Daniel Scroggins | Case Number: 2:00CR00161-001 |
| Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge | |
| Date of Original Sentence: 03/29/2001 | Type of Supervision: Supervised Release |
| Original Offense: Distribution of Over 50 Grams of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1) | Date Supervision Commenced: 03/24/2006 |
| Original Sentence: Prison - 63 Months; TSR - 48 Months | Date Supervision Expires: 05/23/2010 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows: withdraw special condition of supervision 20.

20   If directed by the supervising probation officer, you shall reside in a community corrections center for a period of up to 180 days. You shall abide by the rules and requirements of that facility and remain at that facility until discharged by the Court.

## CAUSE

On September 12, 2007, the defendant's term of supervised release was revoked by the Court. He was sentenced to a year and a day, followed by a term of supervised release of 37 months and 29 days. Mr. Scroggins contacted the undersigned officer while in the custody of the Bureau of Prisons inquiring about special condition 20, referenced above. He indicated that he was unaware that the condition was imposed by the Court, and had spoken to his attorney in the matter who did not recall the Court making a statement regarding his placement at a community corrections center. Further, he stated that he could release to the residence of Christina Martinez, who is the mother of his child, in Kennewick, Washington. He requested the undersigned officer consult the Court, and determine if the condition was intended.

After consulting with the Court, it is respectfully requested that Your Honor withdraw the above special condition of supervision. Mr. Scroggins has made several attempts in the past to transition through a community corrections center without success, and appears to have an appropriate release address where he can reside with his family.

Prob 12B
**Re: Scroggins, Jacob Daniel
January 29, 2008
Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 1-29-08

Matthew L. Thompson
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

1/30/08
Date